```
                                                    FILED
                                              U.S. DISTRICT COURT
                                            EASTERN DISTRICT OF LA

            UNITED STATES DISTRICT COURT    2007 MAY 30  PM 2:18
              EASTERN DISTRICT OF LOUISIANA
                                              LORETTA G. WHYTE
                                                    CLERK
```

KIRK PATRICK SEVERIN                                  CIVIL ACTION

VERSUS                                                NO. 06-2780

WARDEN BILL HUNTER ET AL.                             SECTION "F" (2)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's Section 1983 complaint is hereby **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim under 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1).

**IT IS FURTHER ORDERED** that all habeas corpus claims asserted in this Section 1983 complaint are **DISMISSED WITHOUT PREJUDICE** to plaintiff's ability to file a proper habeas corpus proceeding after exhaustion of state court remedies.

New Orleans, Louisiana, this 30th day of May, 2007.

_____
UNITED STATES DISTRICT JUDGE